# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Anthony Aikens, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00057-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| W. Terry Sherrill, David Osorio, | ) | |
| Wilbert Terry Sherrill, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 4, 2022 Order.

April 4, 2022

Frank G. Johns, Clerk
United States District Court